INDEPENDENT OIL WELL CEMENTING COMPANY v. Erle P. HALLIBURTON et al.

No. 1162.

Circuit Court of Appeals, Tenth Circuit.

Dec. 24, 1934.

Arthur C. Brown, of Kansas City, Mo., for appellant.

Blakeney & Ambrister, of Oklahoma City, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.

---

Stella Hetfield JAMES, Debtor, Appellant, v. O. W. LAND and S. H. Land, Joint Executors of the Estate of J. O. Land, Appellees.

No. 3915.

Circuit Court of Appeals, Fourth Circuit.

June 24, 1935.

Harry Nicholson and Moses Ehrenworth, both of Norfolk, Va., for appellant.

W. R. Ashburn, of Norfolk, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

---

In the Matter of JAN W. PARIS, Inc., Bankrupt. Bernard G. Heyn, Respondent-Appellant, Irving Trust Company, Trustee-Appellee.

No. 435.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Hammond & Littell, of New York City (Nelson Littell, of New York City, of counsel), for appellant.

Krause, Hirsch & Levin, of New York City (George C. Levin, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order (—— F.Supp. ——) affirmed.

---

TONG JEUNG, Appellant, v. UNITED STATES of America, Appellee.

No. 7296.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1935.

Stephen M. White, of San Francisco, Cal., for appellant.

H. H. McPike, U. S. Atty., of San Francisco, Cal.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed and that a decree be filed and entered accordingly.